David & Suzanne Douglas
2300 E. Hartley Street
Ozark MO 65721

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **David & Suzanne Douglas** <br><br> Plaintiff, <br><br> vs. <br><br> **Green Tree** <br><br> Defendant | Case # 10-3379-CV-S-RED <br><br><br> ORIGINAL PETITION |

### PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiffs, David & Suzanne Douglas asserts their rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully Submitted,

_David Douglas_  _Suzanne Douglas_

ORIGINAL PETITION                                                25 of 25

Case 6:10-cv-03379-RED   Document 2   Filed 09/16/10   Page 1 of 1