# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DOUGLAS and <br> SUZANNE DOUGLAS, <br>       Plaintiffs. <br> v. <br> GREEN TREE, <br>       Defendant. | Case No.: 6:10-cv-03379-RED |

## SPECIAL ENTRY OF APPEARANCE

COME NOW David G. Wasinger and the law firm of Murphy Wasinger, L.C. and hereby enter a special appearance on behalf of Defendant Green Tree specifically reserving all defenses, including, without limitation, venue, jurisdiction and service of process.

 

*/S/David G. Wasinger*
David G. Wasinger, MoBar #38253
James S. Cole, MoBar #26787
MURPHY WASINGER, L.C.
Magna Place, Suite 550
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
dwasinger@mwlawlc.net
Attorneys for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served electronically according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 5th day of October, 2010, to:

    David Douglas
    Suzanne Douglas
    2300 E. Hartley
    Ozark, Missouri 65721
    Plaintiffs acting Pro Se

                                                                    */S/David G. Wasinger*

L:\GREENTREE.FIL\Douglas.109\Special Entry of Appearance.wpd