AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David and Suzanne Douglas
_Plaintiff_

v.

Green Tree
_Defendant_

Civil Action No. 10-3379-CV-SRED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Greentree
County of Pennington
State of South Dakota

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 04 2010

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ryan Hunter Process Server__
was received by me on *(date)* __Sept 19__.

☒ I personally served the summons on the individual at *(place)* __Green tree__
_____ on *(date)* __22 Sept__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Green tree__, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __30.00__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

__Ryan Hunter Process Server__
*Printed name and title*

__5435 Greenwood Lane__
*Server's address*

Additional information regarding attempted service, etc:

MY COMMISSION EXPIRES
March 25, 2016