David & Suzanne Douglas
2300 E Hartley Road
Ozark, MO 65721

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

**David & Suzanne Douglas**

Plaintiff,

vs.

**Green Tree**

Defendant

Case # 10-3379-CV-S-RED

**MOTION FOR EXTENSION OF TIME TO ANSWER**

Date: 11-1-10

Plaintiff requests a motion for extension of time to answer Defendants motion for leave to file a motion to dismiss. Plaintiff has found it difficult to properly address the issues at hand. Plaintiff, not being practiced in the courts, does not have the same access to the materials necessary to frame proper pleadings as the Defendant does. The Plaintiff is requesting 20 more days to prepare a responsive pleading to Defendants motion to dismiss.

Respectfully,

*/s/ David Douglas  /s/ Suzanne Douglas*

David & Suzanne Douglas

# CERTIFICATE OF SERVICE

I, David Douglas, do swear and affirm that I have served a signed copy of this motion for extension of time to any and all defendants by way of U.S.P.S. Certified mail # 7009 2820 0003 3055 5430 and return receipt.

_____          _____
David Douglas                                  Suzanne Douglas
2300 E Hartley Road
Ozark, MO 65721

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____ 11/1/2010         SHEILA SHIPMAN
                                            Notary Public – Notary Seal
                                            STATE OF MISSOURI
                                            Greene County – Comm#09800323
                                            My Commission Expires Nov. 21, 2013

**NOTARY PUBLIC IN AND FOR**                **Notary Seal**
**THE STATE OF MISSOURI**