# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID DOUGLAS, and <br> SUZANNE DOUGLAS, <br><br> Plaintiffs, <br><br> vs. <br><br> GREEN TREE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 10-3379-CV-S-RED <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pending before the Court are Defendant's Motion for Leave to File a Motion to Dismiss (Doc. 6), and Plaintiffs' pro se Motion for Extension of Time to Answer (Doc. 9). After careful consideration, the Court **GRANTS** Defendant's Motion (Doc. 6) and **DENIES** Plaintiffs' Motion (Doc. 9). Defendant's Motion seeks leave to file a motion to dismiss, and Plaintiffs' Motion seeks twenty (20) additional days "to prepare a responsive pleading to Defendant's motion to dismiss." Plaintiffs' Motion is not ripe, as Defendant's motion to dismiss has not been officially filed and there is no deadline currently set for Plaintiffs' response. Defendant shall file its motion to dismiss within two (2) days of the date of this Order. Plaintiffs will have fourteen (14) days from the date Defendant files its motion to dismiss to respond.

**IT IS SO ORDERED.**

DATED: November 16, 2010                 */s/ Richard E. Dorr*
                                          RICHARD E. DORR, JUDGE
                                          UNITED STATES DISTRICT COURT